**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KENDRICK BENNETT,

     Plaintiff,

v.                              CASE NO.:  8:18-cv-01339-EAK-JSS

CREDIT PROTECTION ASSOCIATION,
L.P.,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, KENDRICK BENNETT, and the Defendant, CREDIT

PROTECTION ASSOCIATION, L.P., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their

undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by

Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own

attorney's fees, costs and expenses.

By:

/s/ Amanda J. Allen, Esq.           /s/ Ruel W. Smith, Esq.
**Amanda J. Allen, Esquire**        **Ruel W. Smith, Esquire**
Florida Bar No. 98228               Florida Bar No. 36548
Amanda@TheConsumerProtectionFirm.com    rsmith@hinshawlaw.com
The Consumer Protection Firm, PLLC     Hinshaw & Culbertson LLP
4030 Henderson Blvd.                100 S. Ashley Drive, Suite 500
Tampa, FL 33629                  Tampa, FL 33602
Tele: (813) 500-1500              Tele: (813) 276-1662
Fax: (813) 435-2369               Fax: (813) 276-1956
*Attorney for Plaintiff*             *Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 9, 2018, a copy of the foregoing document was served on all counsel of record via CM/ECF.

s/*Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 98228
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Tele:  (813) 500-1500
Fax:  (813) 435-2369
***Attorney for Plaintiff***